**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **CLEVERN GRANGER** | **CIVIL ACTION** |
| **VERSUS** | **NO. 26-90** |
| **CHURITA HANSELL** | **SECTION "B" (4)** |

## ORDER AND REASONS

Plaintiff Clevern Granger ("Granger") filed a **Motion to Credit Initial Partial Filing Fee (ECF No. 12)** in connection with his *pro se* and *in forma pauperis* complaint brought under 42 U.S.C. § 1983. In the motion, Granger states that his initial partial filing fee was withdrawn from his inmate trust account in February 2026. ECF No. 12 at 1. In support of his motion, Granger provides his inmate withdrawal request and an image of the check from the Louisiana Department of Corrections to the United States District Court for the Eastern District of Louisiana in the amount of $15.76. ECF No. 12-1 at 1; ECF No. 12-2 at 1. Granger requests the Court credit his initial partial filing fee as paid. ECF No. 12 at 2.

A review of the Court's financial records indicates that Granger has paid the $15.76 initial partial filing fee. Plaintiff is cautioned that withdrawals may continue to occur until the filing fee is paid in full in compliance with the Court's pauper order. ECF No. 8 at 1.  Accordingly,

**IT IS ORDERED** that plaintiff Clevern Granger's **Motion to Credit Initial Partial Filing Fee (ECF No. 12)** is **GRANTED** as Plaintiff has paid the initial partial filing fee.

New Orleans, Louisiana, this 20th day of May, 2026.

_____
KAREN WELLS ROBY
UNITED STATES MAGISTRATE JUDGE