**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **CLEVERN GRANGER** | **CIVIL ACTION** |
| **VERSUS** | **NO. 26-90** |
| **CHURITA HANSELL** | **SECTION "B" (4)** |

## O R D E R & REASONS

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and plaintiff's objections to same, hereby overrules the objections as conclusory and frivolous. Further, the Court approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED**, that plaintiff Clevern Granger's §1983 claims against defendant Churita Hansell be **DISMISSED WITH PREJUDICE**, as legally frivolous and for seeking monetary damages against a defendant who is immune from such relief, pursuant to Title 28 U.S.C.§1915(e)(2) and Title 42 U.S.C.§1997e(c)(1).

**ALTERNATIVELY, IT IS ORDERED** that Granger's § 1983 claims against defendant Churita Hansell be **DISMISSED WITH PREJUDICE** as *Heck* barred.

New Orleans, Louisiana, this 21st day of August, 2026.

**SENIOR UNITED STATES DISTRICT JUDGE**